UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-81128-CIV-SINGHAL/MATTHEWMAN

NAKAVA, LLC, a Florida Limited
Liability Company,

    Plaintiff,

v.

THE SOUTH PACIFIC ELIXIR
COMPANY, a Florida for Profit
Corporation,

    Defendant.
_____/

## FINAL JUDGMENT

**PURSUANT** to the Court's Findings of Fact and Conclusions of Law, entered July 31, 2022 (DE [120]), the Court enters this separate Final Judgment under Fed. R. Civ. P. 58(a). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Final Judgment is entered in favor of Plaintiff NAKAVA, LLC, and against Defendant THE SOUTH PACIFIC ELIXIR COMPANY, in the amount of $271,250, for which let execution issue forthwith.  Post-judgment interest shall accrue at the legal rate of interest allowed under 28 U.S.C. § 1961. This Final Judgment incorporates all findings and orders in DE [120].

The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 2nd day of August 2022.

                                                  _____
                                                RAAG SINGHAL

Copies to counsel of record via CM/ECF    UNITED STATES DISTRICT JUDGE