UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-81128-CIV-SINGHAL/MATTHEWMAN

NAKAVA, LLC, a Florida Limited Liability Company,

    Plaintiff,

v.

THE SOUTH PACIFIC ELIXIR COMPANY, a Florida for Profit Corporation,

    Defendant.

_____/

## ORDER

**THIS CAUSE** is before the Court on Defendant's Motion to Alter or Amend Judgment Pursuant to Rule 59(e) and Rule 60(b), filed on August 29, 2022 (the "Motion") (DE [124]). "The only grounds for granting [a Rule 59] motion are newly-discovered evidence or manifest errors of law or fact." *Arthur v. King*, 500 F.3d 1335, 1343 (11th Cir. 2007) (citations omitted). "A Rule 59(e) motion cannot be used to relitigate old matters, raise argument or present evidence that could have been raised prior to the entry of judgment." *Id.* (citations omitted). That is precisely what Defendant seeks to do here. Defendant fails to point to newly discovered evidence or manifest errors of law or fact. Accordingly, it is hereby

**ORDERED AND ADJUDGED** Defendant's Motion (DE [124]) is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 23rd day of September 2022.

                                                  RAAG SINGHAL
Copies to counsel of record via CM/ECF        UNITED STATES DISTRICT JUDGE