UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-81128-CIV-SINGHAL/MATTHEWMAN

NAKAVA, LLC, a Florida Limited
Liability Company,

    Plaintiff,

v.

THE SOUTH PACIFIC ELIXIR
COMPANY, a Florida for Profit
Corporation,

    Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court on the Magistrate Judge's Report and Recommendation on Plaintiff's Motion for Attorneys' Fees, entered December 5, 2022 (the "R & R") (DE [146]). No objections were filed. Upon review of the R & R, the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation on Plaintiff's Motion for Attorneys' Fees (DE [146]) is **AFFIRMED AND ADOPTED**.

2. Plaintiff's Motion for Attorneys' Fees (DE [129]) is **GRANTED**.

3. Plaintiff is entitled to prevailing party attorney's fees under the Lanham Act. Plaintiff is hereby awarded attorney's fees in the amount of **$235,450.00**, including any statutory interest, to be collected from Defendant. Collection is **STAYED** pending final disposition of the pending appeal.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 20th day of December 2022.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF